## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Southeast Kansas Eye Care Associates, P.A., on behalf of itself and all others similarly situated,

*Plaintiff,*

v.

UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, Inc.,

*Defendants*.

REMOVED FROM DISTRICT COURT OF MONTGOMERY COUNTY, KANSAS CASE NO. MGC-2026-CV-000009

Civil Action No. 6:26-cv-1080

## NOTICE OF REMOVAL

Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., and Optum Bank, Inc. ("Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and remove this action from the District Court of Montgomery County, Kansas, to the United States District Court for the District of Kansas. As its reasons for removal, Defendants state:

KC 25826292.1

## BACKGROUND

1.      Plaintiff Southeast Kansas Eye Care Associates, P.A., on behalf of itself and all others similarly situated ("Plaintiff"), commenced a civil action against Defendants in the District Court of Montgomery County, Kansas, titled *Southeast Kansas Eye Care Associates, P.A. vs. Change Healthcare Inc., et al.*, by filing its Petition ("Complaint") on February 13, 2026 (the "State Court Action"). A true and accurate copy of Plaintiff's Complaint is attached as **Exhibit A** and constitutes all processes, pleadings, and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).[1]

2.      Pursuant to an agreement with Plaintiff's counsel, a Summons, along with the Complaint, were not served on Defendants and Defendants signed the waiver of service on April 1, 2026. The instant Notice of Removal is being filed within thirty (30) days of the service date. 28 U.S.C. § 1446(b).

3.      Attached as **Exhibit B** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the State Court. 28 U.S.C. § 1446(d).

## DIVERSITY JURISDICTION

4.      This Court has diversity jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1332, under both "traditional" diversity (28 U.S.C. § 1332(a)) and diversity under the Class Action Fairness Act (28 U.S.C. § 1332(d)).

---

[1] The Complaint relates to a cyberattack suffered by Defendants on or about February 21, 2024. Over 150 cases have been brought against Defendants and Defendants' parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Defendants are filing, contemporaneously with this Notice of Removal, a Notice of Potential Tagalong with the JPML to consider whether this case should be consolidated as part of the MDL for pre-trial proceedings.

KC 25826292.1

**28 U.S.C. § 1332(a)**

5.    The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

6.    Plaintiff alleges it is a citizen of Kansas. Compl. ¶ 14. Plaintiff also alleges it is an ophthalmology practice located and registered in Coffeyville, Kansas. Compl. ¶ 266. According to the Kansas Secretary of State's Office, Plaintiff was formed on March 1, 1973 and has a principal office address in Coffeyville, Kansas. Additionally, Plaintiff's Counsel confirmed on March 31, 2026 with Defendants' Counsel that for purposes of diversity jurisdiction, Plaintiff is a citizen of Kansas. Accordingly, Plaintiff is a citizen of Kansas for purposes of assessing diversity jurisdiction.

7.    Defendant UnitedHealth Group Incorporated is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant UnitedHealth Group Incorporated is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

8.    Defendant United HealthCare Services, Inc. is a corporation formed under the laws of Minnesota and its principal place of business is in Minnesota. Accordingly, Defendant United HealthCare Services, Inc. is a citizen of Minnesota for purposes of diversity jurisdiction.

9.    Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

10.    Defendant Change Healthcare Holdings, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change

3

Healthcare Holdings, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

11.    Defendant Change Healthcare Pharmacy Solutions, Inc. is a corporation formed under the laws of Maine and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Pharmacy Solutions, Inc. is a citizen of Maine and Minnesota for purposes of diversity jurisdiction.

12.    Defendant Optum, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

13.    Defendant OptumInsight, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant OptumInsight, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

14.    Defendant Optum Financial, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum Financial, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

15.    Defendant Optum Bank, Inc. is a corporation formed under the laws of Utah and its principal place of business is in Utah. Accordingly, Defendant Optum Bank, Inc. is a citizen of Utah for purposes of diversity jurisdiction.

16.    Defendant Change Healthcare Operations, LLC is a Delaware limited liability company. The citizenship of a limited liability company is determined by its members. *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.,* 781 F.3d 1233, 1236 (10th Cir. 2015). The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in

4

Minnesota. Accordingly, Defendant Change Healthcare Operations, LLC is a citizen of Delaware and Minnesota for diversity purposes.

17.    Defendant Change Healthcare Solutions, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Solutions, LLC is Change Healthcare Operations, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Solutions, LLC is a citizen of Delaware and Minnesota for diversity purposes.

18.    Defendant Change Healthcare Technologies, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Technologies, LLC is Change Healthcare Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Holdings, LLC is Change Healthcare Intermediate Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Intermediate Holdings, LLC is Change Healthcare LLC, a Delaware limited-liability company. The sole member of Change Healthcare LLC is Change Healthcare Holdco Inc. Change Healthcare Holdco Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Technologies, LLC is a citizen of Delaware and Minnesota for diversity purposes.

19.    Because Plaintiff is a citizen of Kansas and Defendants are citizens of Delaware, Maine, Minnesota, and Utah, complete diversity exists between Plaintiff and Defendants.

20.    Although the Complaint does not specify the precise amount of damages sought, the preponderance of the evidence shows that the amount in controversy exceeds $75,000. The Complaint alleges that Plaintiff was unable to submit claims, receive electronic remittance advice,

KC 25826292.1

and receive payment for its medical care to patients. Compl. ¶ 268. Plaintiff further alleges it did not receive the services it paid for from Defendant Change and suffered monetary losses via rejected and/or delayed payments for medical care and spent significant time and resources investigating the network outage and alternative methods to receive payment for medical care. Compl. ¶ 269. Plaintiff allegedly was forced to cut its practice from five to three days a week and let go off staff to reduce expenses resulting from the network outage. Compl. ¶ 270.

21.    The Complaint also states that Plaintiff seeks injunctive relief that would require the Defendants to, among other things, "create and robustly fund and staff a system to promptly resolve claim and payment backlogs and assist Providers with information and financial support needed…; forgiving (in whole or in part) loans or advances made by… Defendants." Compl. ¶ 294.

22.    Therefore, Defendants assert in good faith that the amount in controversy exceeds $75,000 in value. *See* 28 U.S.C. § 1446(c)(2).

**28 U.S.C. § 1332(d)**

23.    This Court also has jurisdiction over the Complaint pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because the Complaint is a class action, at least one member of the class (Plaintiff) is a citizen of a state different from Defendants, Defendants are not a State, State official, or other governmental entity, the number of members of the proposed plaintiff class is not less than 100, and the amount in controversy exceeds the sum or value of $5,000,000.

24.    As stated above, Plaintiff alleges it is a resident of Kansas, while Defendants are residents of Delaware, Minnesota, Utah, and Maine. Thus, at least minimum diversity exists.

25.    The Complaint alleges that Defendants' Change Platform "is connected to more than 800,000 providers" and "involved in one in every three patient records." Compl ¶ 275. Since

KC 25826292.1

Plaintiffs seek to represent a nationwide class of providers, Compl. ¶ 272, the number of members of the proposed class is greater than 100.

26.     Furthermore, the amount in controversy is more than $5,000,000. The Complaint alleges that "providers did not timely receive billions of dollars in earned reimbursements." Compl. ¶ [5] Since Plaintiff seeks to represent a nationwide class of providers, the amount in controversy exceeds $5,000,000.

27.     Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(a) and (d). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

28.     All Defendants join in to the removal of this action to the United States District Court of Kansas.

29.     WHEREFORE, Defendants respectfully request that the State Court Action be removed and proceed in the United States District Court for the District of Kansas.


Dated: April 6, 2026.                          Respectfully submitted,

                                               SPENCER FANE LLP

                                               *s/ Olawale O. Akinmoladun*
                                               Douglas M. Weems, KS #14771
                                               Olawale O. Akinmoladun, KS #25151
                                               1000 Walnut Street, Suite 1400
                                               Kansas City, MO 64106-2140
                                               Tel:  (816) 474-8100
                                               Fax: (816) 474-3216
                                               dweems@spencerfane.com
                                               wakinmoladun@spencerfane.com

                                               *Counsel for Defendants: UnitedHealth Group*
                                               *Incorporated, United HealthCare Services, Inc.,*
                                               *OptumInsight, Inc., Change Healthcare Inc.,*
                                               *Change Healthcare Operations, LLC, Change*

7

*Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, the foregoing document was electronically filed with the Clerk of Court using the Court's e-filing system, which will send notification of such filing to the participants registered to receive service, and was served by email to the following counsel:

George A. Hanson
Ethan M. Lange
Stefon J. David
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
hanson@stuevesiegel.com
lange@stuevesiegel.com
david@stuevesiegel.com

*s/ Olawale O. Akinmoladun*
An Attorney for Defendants

8