# EXHIBIT B

**IN THE DISTRICT COURT OF MONTGOMERY COUNTY, KANSAS**
**CIVIL DIVISION**

| | |
|---|---|
| Southeast Kansas Eye Care Associates, P.A., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, Inc.,<br><br>*Defendants*. | Case No. MGC-2026-CV-000009 |

### DEFENDANTS' NOTICE OF FILING FOR REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that on April 6, 2026, Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., and Optum Bank, Inc. removed this action from the District Court of Montgomery County, Kansas, Civil Division, to the United States District Court for the District of Kansas.

The filing of this Notice, together with the Notice of Removal filed with the United States District Court for the District of Kansas, a copy of which is attached hereto as **Exhibit A**,

completes federal removal. This Court may proceed no further unless and until the case is remanded by the United States District Court for the District of Kansas.

Dated: April 6, 2026.

Respectfully submitted,

SPENCER FANE LLP

*s/ Olawale O. Akinmoladun*
Douglas M. Weems, KS #14771
Olawale O. Akinmoladun, KS #25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Tel: (816) 474-8100
Fax: (816) 474-3216
dweems@spencerfane.com
wakinmoladun@spencerfane.com

*Counsel for Defendants: UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2026, the foregoing document was electronically filed with the Clerk of Court using the Court's e-filing system, which will send notification of such filing to the participants registered to receive service, and was served by email to the following counsel:

George A. Hanson
Ethan M. Lange
Stefon J. David
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
hanson@stuevesiegel.com
lange@stuevesiegel.com
david@stuevesiegel.com

*s/ Olawale O. Akinmoladun*
An Attorney for Defendants
